UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DARIUS TIMMONS<br>　　Plaintiff,<br><br>vs.<br><br>SOUTHWEST CREDIT SYSTEMS, LP<br>JOHN DOES and JANE DOES<br>　　Defendant, | )<br>)<br>)<br>)<br>) Civil Action No. 1:12-cv-11933-DPW<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DIMISSSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

Darius Timmons ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Dated: January 2, 2013

RESPECTFULLY SUBMITTED:

/s/ Kevin V. K. Crick, Esq.
Kevin V. K. Crick
Consumer Rights Law Firm, PLLC
300 Brickstone Square, Suite 902
Andover, MA 01810
Phone: (978) 212-3300
Fax: (978) 409-1846
Email: kevinc@consumerlawfirmcenter.com
Attorney for Plaintiff

**PROOF OF SERVICE**

     I hereby certify that on January 2, 2013, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email. Parties may access this filing through the court's system.

                                                    /s/ Kevin V. K. Crick, Esq.